JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AVAG TOPACHIKYAN,<br><br>          Petitioner,<br><br>     v.<br><br>LUIS MARTINEZ,<br><br>          Respondent. | Case No. ED CV 23-01049-WLH(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: 8/4/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE